IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE GRIFFIN, Inmate #N-03392, )
)
       Plaintiff, )
)
vs. ) CIVIL NO. 07-467-GPM
)
MICHAEL J. REAGAN, )
)
       Defendant. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action within 15 days, and no payment was received within the allotted time.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** for failure to pay the filing fee. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

       **DATED**: 8/14/07

                                                     NORBERT G. JAWORSKI, CLERK

                                                     By:  s/ Linda M. Cook
                                                                         Deputy Clerk

APPROVED:  s/ *G. Patrick Murphy*
                      G. Patrick Murphy
                      Chief United States District Judge